
RECEIVED
IN MONROE, LA.
MAY 1 3 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 11-0030 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CHARLES ALLEN ZIMEK | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Charles Allen Zimek, and adjudges him guilty of the offense charged in Count Three of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Charles Allen Zimek's agreement to forfeit and abandon his interest in any firearm and ammunition seized as a result of the investigation of this matter.

THUS DONE AND SIGNED in chambers, this 12 day of May 2011 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE